**Dated: April 02, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:    JOHNNIE RENEE PATTERSON, A/K/A JOHNNIE HUMES, A/K/A JOHNNIE HATCH,<br>Debtor | CASE NO. 18-20252<br><br>CHAPTER 13 |

| | |
|---|---|
| **DITECH FINANCIAL LLC** | **MOVANT** |
| VS. | |
| **JOHNNIE RENEE PATTERSON, A/K/A**<br>**JOHNNIE HUMES, A/K/A**<br>**JOHNNIE HATCH, Debtor**;<br>and **SYLVIA F. BROWN, Trustee** | **RESPONDENTS** |

**CONSENT ORDER WITHDRAWING**
**MOVANT'S OBJECTION TO CONFIRMATION**

This matter having come before the Court pursuant to the Objection to Confirmation filed by Ditech Financial LLC (hereinafter "Movant") with regard to the real property commonly known

Case No. 18-20252
Chapter 13
Consent Order Withdrawing
Movant's Objection to Confirmation
Page 2 of 3

as 4065 Birch Glen Drive, Memphis, TN 38115, and the Court, being fully advised, finds that the Objection is **WITHDRAWN** and the Chapter 13 plan of the Debtor is modified to include Movant's total mortgage arrearage claim in the amount of $4,493.89, pursuant to the Proof of Claim filed by Movant (claim no. 2-1), which shall be paid at a rate determined by the Chapter 13 Trustee to cure the arrearage over the remaining life of the plan.

The Debtor shall continue to pay the ongoing mortgage payment directly to Movant outside the Chapter 13 plan.

The Chapter 13 Trustee shall send the arrearage payments to Movant at P.O. Box 0049, Palatine, IL 60055.

The Chapter 13 Trustee shall increase the Debtor's Chapter 13 plan payments and take all actions necessary to implement the payment plan set forth in this Order.

APPROVED:

Attorney for the Debtor:

*/s/ Jimmy E. McElroy*
Jimmy E. McElroy
3780 South Mendenhall
Memphis, TN 38115


Trustee:

/s/ Sylvia F. Brown
Chapter 13 Trustee

Sylvia F. Brown
200 Jefferson Avenue
Suite 1113
Memphis, TN 38103

Case No. 18-20252
Chapter 13
Consent Order Withdrawing
Movant's Objection to Confirmation
Page 3 of 3

Attorneys for Movant:

WILSON & ASSOCIATES, P.L.L.C.
5050 Poplar Avenue, Suite 1015
Memphis, Tennessee 38157
(901) 578-9914


By:   */s/ James Bergstrom*
     Joel W. Giddens (016700)
     James Bergstrom (20622)
     Heather Martin-Herron (032248)
     Angela Boyd Mathews (033125)
     Michael G. Clifford (028691)


**NAMES AND ADDRESSES OF ENTITIES SERVED:**

| | |
|---|---|
| Jimmy E. McElroy<br>Attorney at Law<br>3780 South Mendenhall<br>Memphis, TN 38115 | Sylvia F. Brown<br>Trustee<br>200 Jefferson Avenue, Suite 1113<br>Memphis, TN 38103 |
| Johnnie Renee Patterson<br>Debtor<br>4065 Birch Glen Dr.<br>Memphis, TN 38115 | Joel W. Giddens<br>James Bergstrom<br>Theodore K. Cummins<br>WILSON & ASSOCIATES, P.L.L.C.<br>5050 Poplar Avenue, Suite 1015<br>Memphis, Tennessee 38157 |

and ADDITIONAL: PARTIES (if required) AS FOLLOWS:

W&A No. 129-327666 / Loan No. XXXXXX9535